**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FLEX LOADING TECHNOLOGIES, LLC,

Plaintiff,

v.

GOWIN SEMICONDUCTOR CORPORATION,

Defendant.

Case No. 1:26-cv-00936

**Jury Trial Demanded**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Flex Loading Technologies, LLC, ("Flex Loading") files this complaint against Gowin Semiconductor Corporation (hereinafter "Defendant") for infringement of United States Patent No. 8,176,212 (the "Patent-in-Suit"), attached here as Exhibit 1, and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 et seq.

## THE PARTIES

2.      Flex Loading is a company organized under the laws of the Delaware with its principal place of business at 11718 Bowman Green Drive, Reston, VA 20190.

3.      On information and belief, Defendant is a corporation organized and existing under the laws of China with a principal place of business at #601, 6/F, Block A3, 235 Science Street, HuangPu, GuangZhou 510700, China.

1

4.    On information and belief, Defendant may be served with process through Registered Agents Inc., 5900 Balcones Drive, Suite 100, Austin, TX 78731.

## JURISDICTION AND VENUE

5.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 et seq.

6.    This Court has general and specific personal jurisdiction over Defendant because it regularly conducts and solicits business, or otherwise engages in other persistent courses of conduct in this Judicial District, and/or derives substantial revenue from the use, sale, and distribution of goods and services, including but not limited to the accused Defendant's Products and Services provided to individuals and businesses in the Western District of Texas. Defendant has committed and continues to commit acts of infringement within this District and, thereby, giving rise to this action and establishing minimum contacts with this forum such that the exercise of jurisdiction over Defendant would not offend traditional notion of fair play and substantial justice. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

7.    On information and belief, Defendant has made, used, offered to sell

2

and/or sold products and services, including the following specifically accused products and services: (1) Gowin Semiconductor Corporation's LittleBee FPGA such as GW1N, GW1NR, GW1NS, GW1NSE(R), GW1NRF, GW1NZ, GW1N-A, GW1NSR, etc.; (2) current or legacy products or services, which use, or have used, one or more of the foregoing products and services as a component product or component service; (3) combinations of products and/or services comprising two or more of the foregoing products and services; (4) and all other current or legacy products and services imported, made, used, sold, or offered for sale by Defendant's products and services imported, made, used, sold, or offered for sale by Defendant that operate, or have operated in a substantially similar manner as the above-listed products and services, (collectively and individually referred to herein as the "Defendant's Products and Services").

8.      On information and belief, Defendant (or those acting on its behalf) makes, uses, sells, and/or offers to sell the Defendant's Products and Services in the United States, including, but not limited to the Western District of Texas.

9.      Defendant does business across the United States including in the Western District of Texas.

10.     On information and belief, Defendant, as well as the hardware and software components comprising Defendant's Products and Services that enable the Defendant to operate, including but not limited to servers, server software, client software, and other computer systems and components (collectively referred to herein as the "Defendant's System"), infringes (literally and/or under the doctrine of equivalents) at least one claim of the Patent-in-Suit.

11.     On information and belief, Defendant is subject to the Court's jurisdiction because it regularly markets, conducts, and solicits business, or otherwise engages in other persistent courses of conduct in this state, and/or derives substantial revenue from the sale and

distribution of goods and services provided to individual and business in this State including with respect to the accused Defendant product.

12. On information and belief, the accused Defendant System that Defendant uses, makes, markets, distributes, doffers to sell, and sells to consumers throughout the United States, including in state, infringe one or more of the claims of the patent-in-suit.

13. On information and belief, Defendant derives substantial revenue within the Western District of Texas from the offer of infringing products and services, including but not limited to the Defendant System. On information and belief, users who reside in the State of Texas regularly use the accused Defendant System while they are present in the Western District of Texas.

14. Venue is proper in this District because Defendant is a foreign company, and accordingly, venue is governed by the general venue statute, which provides that "a defendant not resident in the United States may be sued in any judicial district." 28 U.S.C. § 1391(c)(3); see also *In re HTC Corp.*, 889 F.3d 1349, 1358 (Fed. Cir. 2018). On information and belief, because Defendant has transacted business in this District and has directly committed acts of patent infringement in this District, and because Defendant is a foreign corporation, venue is proper in this judicial district.

15. Venue is also proper in accordance with the Federal Circuit's decision in *In re*

*Monolithic Power Sys.*, 50 F.4th 157 (Fed. Cir. 2022), at least because, upon information and belief, Defendant has employees based out of this District.



*See e.g.,* screenshot of Andrew Dudaronek's LinkedIn page, Marketing Engineer at Gowin Semiconductor Corp., Located in Austin, Texas, available at

https://www.linkedin.com/in/andrew-dudaronek/ (last accessed April 14, 2026).

## THE ASSERTED PATENT

### U.S. Patent No. 8,176,212

16.    On May 8, 2012, the USPTO duly and legally issued United States Patent

No. 8,176,212 ("the '212 patent") entitled "Method and System for Hierarchical and Joinable Behavior Containers for Reconfigurable Computing" to inventors Steven P. Smith and Justin Braun. *See* Exhibit 1.

17.    The '212 patent is presumed valid under 35 U.S.C. § 282.

18.    Flex Loading owns all rights, title, and interest in the '212 patent.

19.    Flex Loading has not granted Defendant an approval, an authorization, or a license to the rights under the '212 patent.

20.    The '212 patent relates to, among other things, the field of reconfigurable computing, and more particularly, to the technical field of reconfigurable computing based on field programmable gate array ("FPGA") devices. *Id.* at Col. 1, lines 12-15.

21.    The patent contains a method for flexible loading of a hardware behavior on a reconfigurable computer resource managed by a soft-ware programmable computing host. *Id.* at Col. 14, lns. 61-63.

22.    The method comprises three steps. First, the method defines a configuration of hierarchical behavior container regions on said reconfigurable computer resource according to allowable electrical boundary limitations of said reconfigurable computer resource. *Id.* at lns. 64-67.

23.    Second, the method selects a hierarchical behavior container on said reconfigurable computer resource to load said hardware behavior according to a hierarchical process wherein said hardware behavior is loaded into the smallest hierarchical behavior container available in a configuration of hierarchical behavior container regions on said reconfigurable computer resource. *Id.* at Col. 13, lns. 1-7.

6

24.     Third, the method loads said hardware behavior into said selected hierarchical behavior container. *Id.* at lns. 8-9.

### CLAIM FOR RELIEF

### COUNT I – Infringement of the '212 patent

25.     Flex Loading repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

26.     On information and belief, Defendant (or those acting on its behalf) makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to Defendant's Products and Services in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '212 patent.

27.     On information and belief, Defendant Gowin Semiconductor provides a method for flexible loading of a hardware behavior (e.g., loading of bitstream data on Configurable Logic Sections (CLSs) without combining or after combining multiple CLSs for specific applications) on a reconfigurable computer resource (e.g., LittleBee FPGA such as GW1N, GW1NR, GW1NS, GW1NSE(R), GW1NRF, GW1NZ, GW1N-A, GW1NSR, etc.) managed by a soft-ware programmable computing host (e.g., an external host in JTAG, I2C, Slave Serial Peripheral Interface (SSPI), SERIAL, CPU configuration modes, LittleBee FPGA's internal circuitry in AUTO BOOT, Master Serial Peripheral Interface (MSPI) and DUAL BOOT configuration modes). As shown below, Gowin Semiconductor offers the reconfigurable computer resource (e.g., LittleBee FPGA such as GW1N, GW1NR, GW1NS, GW1NSE(R), GW1NRF, GW1NZ, GW1N-A, GW1NSR, etc.).



*See e.g.,* https://www.gowinsemi.com/en/product/detail/46/.

The LittleBee FPGA device such as GW1NS-4C device comprises multiple Configurable Logic Units (CLUs) and can be configured by loading the bitstream data into FPGA's Static Random Access Memory (SRAM). This indicates the flexible loading of the hardware behavior.

8



Figure 2-2 Architecture Overview of GW1NS-4C

The core of the GW1NS device is an array of logic cells surrounded by IO blocks. Besides, BSRAMs, DSP blocks, PLLs, an on-chip oscillator, and Flash resources allowing for instant-on are provided. See Table 1-1 for more information.

The Configurable Logic Units (CLUs) are the basic logic blocks that form the core of GW1NS FPGAs. Devices with different capacities have different numbers of rows and columns of CFUs/CLUs. For more information, see 2.2 Configurable Function Units.

## 2.12 Programming & Configuration

The GW1NS series of FPGA products support SRAM configuration and Flash programming. Flash programming includes on-chip Flash programming and off-chip Flash programming.

In addition to JTAG, the GW1NS series of FPGA products also support Gowin's own GowinCONFIG configuration modes: AUTO BOOT, SSPI, MSPI, DUAL BOOT, SERIAL, and CPU. All the GW1NS FPGAs support JTAG mode and AUTO BOOT mode. For more information, please refer to UG290, Gowin FPGA Products Programming and Configuration User Guide.

*See, e.g.,* https://cdn.gowinsemi.com.cn/DS821E.pdf

*See also, e.g.*, https://cdn.gowinsemi.com.cn/UG288E.pdf (Section 2.1.1); https://cdn.gowinsemi.com.cn/UG290E.pdf (Sections 5.1; 7.2.2; 7.4.5; 7.5).

28.    On information and belief, Defendant Gowin Semiconductor provides the method for defining a configuration (e.g., defining grouping of combinational logic and registers in single module, grouping of related logics in single module, dividing irrelevant logics into different modules, logical partitioning such as defining regions based on constraint strategies, special considerations, etc.) of hierarchical behavior container regions (e.g., hierarchical logic modules  i.e. Configurable Logic Sections (CLSs) created using hierarchical coded design) on said reconfigurable computer resource (e.g., the LittleBee FPGA such as GW1N, GW1NR, GW1NS, GW1NSE(R), GW1NRF, GW1NZ, GW1N-A, GW1NSR, etc.) according to allowable electrical boundary limitations (e.g., power dissipation, power constraints, etc.) of said reconfigurable computer resource (e.g., the LittleBee FPGA such as GW1N, GW1NR, GW1NS, GW1NSE(R), GW1NRF, GW1NZ, GW1N-A, GW1NSR, etc.).

29.    As shown below, Gowin's YunYuan is used to design the FPGA (i.e. the reconfigurable computer resource) in which a hierarchical coded design is used. The hierarchical coded design is synthesized as multiple hierarchical modules to create hierarchical Configurable Logic Sections (CLSs) (i.e. hierarchical behavior container regions). Further, the hierarchical modules have different configurations (e.g., grouping of combinational logic and registers in single module, grouping of related logics in single module, dividing irrelevant logics into different modules, logical partitioning such as defining regions based on constraint strategies, special considerations, etc.).

## 2.1 Introduction

Gowin Yunnan Software is the new hardware development design environment for Gowin products. It supports generic hardware description language, and helps users to quickly implement code synthesis, manage placement and routing, generate and download bitstreams, etc. The Gowin Yunyuan Software also incorporates the IP Core Generator, which is dedigned to help developers quickly implement complex designs and the online debug tool, Gowin Analysis Oscilloscope, which can help users to efficiently identify and assess signal design issues.

To meet different user demands, Gowin YunYuan Software supports the creation of RTL and Post-Synthesis projects.

The input file for RTL project is the RTL file which contains hardware description language.

The input file for post-synthesis project is the netlist file, which is generated by user RTL synthesis.

The Gowin YunYuan Software provides a GUI for both types of projects. Users can employ this software to quickly edit the constraints files, check the running results of SynplifyPro (RTL project only) and Place & Route, and start the GOWINSEMI FPGA download tool immediately to download the bitstream to the chip and implement the required functions. The interface of Gowin YunYuan Software is as shown in Figure 2-1.

### syn_hier

Controls the amount of hierarchical transformation across boundaries on module or component instances during optimization.

**Syntax**

In an FDC file:

define_attribute {object } syn_hier { value }

define_global_attribute syn_hier {flatten}

In a Verilog file:

object /* synthesis syn_hier = " value " */ ;

In a VHDL file:

attribute syn_hier of object : architecture is " value " ;

**Description**

syn_hier value includes:

- soft（default value）: Synplify decides the optimum boundary, affecting the specified design cell only;
- firm: Preserve the design cell interface, and the cell is allowed to across boundary, affecting the specified design cell only;
- hard: Preserve the design cell interface strictly, affecting the specified design cell only;
- fixed: Preserve the design cell interface, fix all the cross boundaries during optimization, and preserve the ports interface;
- remove: Remove the hierarchy of property-declaration, but not affecting the lower hierarchy cells;
- macro: Preserve the design cell interface and content strictly;
- flatten: Use flatten combined with other values. 如flatten,soft 等于 flatten；flatten,firm 平面化低于属性所在层次的所有层次，保留设计单元的界面保留对跨越边界的 cell 的优化；flatten,remove 平面化包括属性所在层次和低于该层次的所有层次，在低层声明的该属性取代在高层声明的这一属性。

*See, e.g.,*
https://www.gowinsemi.com/upload/database_doc/1/document/5bfcfcab42d1c.pdf?_file=database_doc%2F1%2Fdocument%2F5bfcfcab42d1c.pdf

*See also, e.g.,* http://nic.vajn.icu/PDF/Gowin/SUG113-1.2E_Gowin_FPGA_User_Guide.pdf (Section 2.1; 3.4)

11



*See, e.g.,* https://www.gowinsemi.com/en/support/home

30.     As shown below, the Gowin Power Analyzer is used to estimate the power dissipation for the FPGA's design. The design can be further updated based on the estimated power dissipation. Additionally, an sdc file is used during place and route operations that specifies the power optimization constraints. This indicates that the configuration of hierarchical behavior container regions is defined according to allowable electrical boundary limitations of the reconfigurable computer resource.

12

## 6.7 Gowin Power Analyzer

The Gowin Power Analyzer (GPA) estimates the power dissipation for your design and provides rich user configuration options. It should be configured per the actual design. The closer the configuration is to the actual design, the more accurate the power dissipation analysis will be.

## 7.4 Power Analysis Report

The Power Analysis Report mainly includes the power dissipation estimation for your design. It is designed to help you evaluate the basic power consumption of your design.

Double-click "Power Analysis Report" in the Process View to open the analysis report that corresponds to the project, as shown in Figure 7-4.

To adjust the factors that influence power dissipation, please refer to *Gowin Power Analysis User Guide*.

*See, e.g.,*
https://www.gowinsemi.com/upload/database_doc/1/document/5bfcfcab42d1c.pdf?_file=database_doc%2F1%2Fdocument%2F5bfcfcab42d1c.pdf

*See also, e.g.,* http://nic.vajn.icu/PDF/Gowin/SUG113_1.2E_Gowin_FPGA_User_Guide.pdf (Figure 4-1)

31. On information and belief, Defendant Gowin Semiconductor provides the method for selecting a hierarchical behavior container (e.g., a single CLS having one four-input LUT or five-input LUT (LUT5),  two CLSs that form one six-input LUT (LUT6), four CLSs that form one seven-input LUT (LUT7), eight CLSs (two CLUs) that form one eight-input LUT (LUT8), etc.) on said reconfigurable computer resource (e.g., the LittleBee FPGA such as GW1N, GW1NR, GW1NS, GW1NSE(R), GW1NRF, GW1NZ, GW1N-A, GW1NSR, etc.) to load said hardware behavior (e.g., the bitstream data) according to a hierarchical process (e.g., selecting one, two, four, or eight CLSs as per the application) wherein said hardware behavior is loaded into the smallest hierarchical behavior container (e.g., a single CLS, two CLSs, four CLSs, eight CLSs, etc. as per the application) available in a configuration of hierarchical behavior container regions on said reconfigurable computer resource ( e.g., the LittleBee FPGA such as GW1N, GW1NR, GW1NS, GW1NSE(R), GW1NRF, GW1NZ, GW1N-A, GW1NSR, etc.).



*See e.g.,* https://www.gowinsemi.com/en/product/detail/46/.



Figure 2-2 Architecture Overview of GW1NS-4C

The core of the GW1NS device is an array of logic cells surrounded by IO blocks. Besides, BSRAMs, DSP blocks, PLLs, an on-chip oscillator, and Flash resources allowing for instant-on are provided. See Table 1-1 for more information.

The Configurable Logic Units (CLUs) are the basic logic blocks that form the core of GW1NS FPGAs. Devices with different capacities have different numbers of rows and columns of CFUs/CLUs. For more information, see 2.2 Configurable Function Units.

## 2.12 Programming & Configuration

The GW1NS series of FPGA products support SRAM configuration and Flash programming. Flash programming includes on-chip Flash programming and off-chip Flash programming.

In addition to JTAG, the GW1NS series of FPGA products also support Gowin's own GowinCONFIG configuration modes: AUTO BOOT, SSPI, MSPI, DUAL BOOT, SERIAL, and CPU. All the GW1NS FPGAs support JTAG mode and AUTO BOOT mode. For more information, please refer to UG290, Gowin FPGA Products Programming and Configuration User Guide.

*See, e.g.,* https://cdn.gowinsemi.com.cn/DS821E.pdf

*See also, e.g.*, https://cdn.gowinsemi.com.cn/UG288E.pdf (Section 2.1.1); https://cdn.gowinsemi.com.cn/UG290E.pdf (Sections 5.1; 7.2.2; 7.4.5; 7.5).

32.     Upon information and belief, Defendant Gowin Semiconductor provides the method for loading said hardware behavior (e.g., the bitstream data) into said selected hierarchical behavior container (e.g., a single CLS having one four-input LUT or five-input LUT (LUT5),  two CLSs that form one six-input LUT (LUT6), four CLSs that form one seven-input LUT (LUT7), eight CLSs (two CLUs) that form one eight-input LUT (LUT8), etc.).



*See e.g.,* https://www.gowinsemi.com/en/product/detail/46/.



Figure 2-2 Architecture Overview of GW1NS-4C

The core of the GW1NS device is an array of logic cells surrounded by IO blocks. Besides, BSRAMs, DSP blocks, PLLs, an on-chip oscillator, and Flash resources allowing for instant-on are provided. See Table 1-1 for more information.

The Configurable Logic Units (CLUs) are the basic logic blocks that form the core of GW1NS FPGAs. Devices with different capacities have different numbers of rows and columns of CFUs/CLUs. For more information, see 2.2 Configurable Function Units.

## 2.12 Programming & Configuration

The GW1NS series of FPGA products support SRAM configuration and Flash programming. Flash programming includes on-chip Flash programming and off-chip Flash programming.

In addition to JTAG, the GW1NS series of FPGA products also support Gowin's own GowinCONFIG configuration modes: AUTO BOOT, SSPI, MSPI, DUAL BOOT, SERIAL, and CPU. All the GW1NS FPGAs support JTAG mode and AUTO BOOT mode. For more information, please refer to UG290, Gowin FPGA Products Programming and Configuration User Guide.

*See, e.g.,* https://cdn.gowinsemi.com.cn/DS821E.pdf

As shown below, the hierarchical coded design is synthesized as multiple hierarchical modules to create hierarchical Configurable Logic Sections (CLSs) (*i.e. hierarchical behavior container regions*). The hierarchical coded design is preferable for complex system designs because designs in smaller blocks are easier to manage. Further, the CLSs can be combined as per the application to form the higher input LUTs in basic logic mode. For example, two CLSs can form one six-input LUT (LUT6), four CLSs can form one seven-

17

input LUT (LUT7), eight CLSs (two CLUs) can form one eight-input LUT (LUT8), etc.

Further, the LittleBee FPGA device can be configured by loading the bitstream data into

FPGA's Static Random Access Memory (SRAM).

## 2.1 CLS
### 2.1.1 CLS

The CLS supports three operation modes: basic logic mode, ALU mode, and memory mode.

- Basic Logic Mode

Each LUT can be configured as one four input LUT. A higher input number of LUT can be formed by combining LUT4 together.

- One CLS can form one five input LUT (LUT5).
- Two CLSs can form one six input LUT6 (LUT6).
- Four CLSs can form one seven input LUT7 (LUT7).
- Eight CLSs (two CLUs) can form one eight input LUT (LUT8).

- ALU Mode

When combined with carry chain logic, the LUT can be configured as the ALU mode to implement the following functions.

- Adder and subtractor
- Up/down counter
- Comparator, including greater-than, less-than, and not-equal-to
- MULT

- Memory mode

In this mode, a 16 x 4 SRAM or ROM16 can be formed by using one CFU.

*See also, e.g.*, https://cdn.gowinsemi.com.cn/UG288E.pdf (Section 2.1.1); https://cdn.gowinsemi.com.cn/UG290E.pdf (Sections 5.1; 7.2.2; 7.4.5; 7.5).

> ## 2.1 General Requirements of HDL Coding
>
> ### 2.1.1 Coding for Hierarchical Synthesis
>
> Complex system designs require a hierarchical approach as opposed to the use of single modules. A hierarchical coded design can be synthesized as a whole or have each module synthesized separately. When the design is synthesized as a whole, it can be synthesized as either a flat module or multiple hierarchical modules.
>
> Each methodology has its associated advantages and disadvantages. Hierarchical coding is preferable for complex system designs because designs in smaller blocks are easier to keep track of and reduce the design period by allowing the reuse of design modules. Here are some tips for building hierarchical structures:
>
> 1. The top level should only be used to call the submodule. It is better to implement control logic in submodules.
> 2. Any I/O instantiations should be at the top level of the hierarchy.
> 3. All input, output, and bidirectional pins instantiations should be at the top level of the hierarchy;
> 4. The tristate statement for bidirectional pins should be written at the top module.
> 5. Ensure that the output signals of all modules use registers. The advantages are as follows:
>    - Combinational logic and registers are in one module, which helps to overcome the lack of no cross-module synthesis.
>    - The related logics placed in one module can realize resource sharing and key paths optimization.
>    - Divide irrelevant logics into different modules, then you can use different optimization strategies, such as speed first or area first.

*See, e.g.*, http://nic.vajn.icu/PDF/Gowin/SUG113-1.2E_Gowin_FPGA_User_Guide.pdf

33. On information and belief, Defendant directly infringes at least claim 1 of the '212 patent in violation of 35 U.S.C. § 271(a) by making, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Defendant's Products and Services.

34. Defendant was placed on notice of its infringement via a letter and draft complaint sent to it (and its subsidiary, Melody Semiconductor) by the undersigned counsel on or about January 6, 2025. *See* Exhibit 2, Notice letter and Draft Complaint.

35. On February 7, 2025, Mr. James Wu, acting as counsel for Gowin responded seeking additional information. The requested information was provided to him and the parties exchanged additional correspondence. *See* Exhibit 3, Email Chain between DI LLP and Jim Wu, March 11, 2025.

36. Counsel for Plaintiff contacted Mr. Wu again and requested he respond to

Plaintiff's infringement theories which he was in possession of for over two months. *See* Exhibit 4, Email from Burger to Wu, March 17, 2025.

37.    Because no response was received from Mr. Wu, Plaintiff's counsel followed up again attempting to initiate discussions. Again, no response was received. *See* Exhibit 5, Email from Burger to Wu, April 3, 2025.

38.    Despite knowledge of the '212 patent, Defendant has continued to make, use, sell, offer for sale, and/or import the accused products.

39.    Defendant's continued infringement despite knowledge of the '212 Patent and Plaintiff's infringement allegations demonstrates deliberate and reckless disregard for Plaintiff's patent rights.

40.    Defendant has willfully infringed and continues to willfully infringe the '212 patent and Plaintiff is entitled to enhanced damages under 35 U.S.C. § 284.

41.    Defendant's infringement has damaged Flex Loading and caused/continues to cause it to suffer irreparable harm and damages.

## JURY DEMANDED

Pursuant to the Federal Rule of Civil Procedure 38(b), Flex Loading hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Flex Loading respectfully requests this Court to enter Judgment in Flex Loading's favor and against Defendant as follows:

a.    finding that Defendant has infringed one or more claims of the '212 patent under 35 U.S.C. § 271(a);

b.    awarding Flex Loading damages under 35 U.S.C. § 284, or otherwise permitted by

law, including enhanced damages for willful infringement and/or supplemental damages for any

continued post-verdict infringement;

       c.      awarding Flex Loading pre-judgment and post-judgment interest on the

damages award and costs;

       d.      awarding costs of this action (including all disbursements) and attorney fees

pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

       e.      awarding such other costs and further relief that the Court determines to be just

and equitable.


Dated:  April 14, 2026

Respectfully Submitted
*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@daignaultiyer.com

**DAIGNAULT IYER LLP**
111 Congress Ave, Suite 500
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Of Counsel:*
Ronald M. Daignault (*pro hac vice* to be filed)*
Chandran B. Iyer (*pro hac vice* to be filed)
Shailendra Maheshwari (*pro hac vice* to be filed)*
rdaignault@daignaultiyer.com
cbiyer@daignualtiyer.com
smaheshwari@daignaultiyer.com

Daignault Iyer LLP
8229 Boone Boulevard
Suite 450
Vienna, VA 22182
**ATTORNEYS FOR PLAINTIFF**